■ "ART" GIAMBERDINO, INC., Plaintiff, v. MINNIE MILEO et al., Defendants.— Motion to dismiss appeal denied, without costs.

■ In the Matter of JOHN N. SORAR, Appellant, against LEO J. YEHLE, as Children's Court Judge of Onondaga County, Respondent.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. C. BROWN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT D. BILLOPS, Appellant.— Motion to dismiss appeal denied and time for argument of appeal enlarged to include September 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT C. FREEMAN, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY B. NAWROCKI, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT A. NEVEROSKY, Appellant.— Motion to dismiss appeal denied. If appellant elects to appeal upon a printed record, time is enlarged to July 15, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SHINE, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KOUSCH, JR., Appellant.— Motion granted to appeal on original papers, five copies of typewritten brief and time for argument of appeal enlarged to include September 1959 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND R. VOGEL, Appellant.— Motion to appeal as a poor person and for other relief denied. Memorandum: This coram nobis proceeding was instituted in the Erie County Court in an effort to attack a judgment of conviction of the Supreme Court of Erie County. The County Court has no power to review such a judgment.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD PAUL JOCK, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN VETTER, Appellant.— Motion granted to appeal on one certified copy of judgment roll, etc., and five typewritten briefs, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY J. CUCINOTTI, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term of court; appellant directed to file brief by September 9, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO LA MUTE, Appellant.— Motion granted and time for argument of appeal enlarged to include September 1959 Term of court; appellant directed to file brief by September 9, 1959.